**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000710
22-NOV-2021
07:47 AM
Dkt. 85 OAWST**

NO. CAAP-19-0000710

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


STATE OF HAWAIʻI, Plaintiff-Appellee,
v.
CLAY MARSHALL, Defendant-Appellant


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 1CPC-18-0001102)


ORDER APPROVING THE NOVEMBER 12, 2021
STIPULATION FOR DISMISSAL OF APPEAL
(By:  Ginoza, Chief Judge, Leonard and Hiraoka, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, filed November 12, 2021, and executed by counsel for Defendant-Appellant Clay Marshall (**Marshall**) and the State of Hawaiʻi, the papers in support, and the record, it appears that:

(1) the appeal has been docketed;

(2) Marshall seeks to dismiss the appeal;

(3) the motion includes Marshall's declaration showing he understands the consequences of voluntary dismissal, consistent with Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 42(c); and

(4) dismissal is authorized by HRAP Rule 42(b) and (c).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, November 22, 2021.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Keith K. Hiraoka
Associate Judge